

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
CHIEF STAFF ATTORNEY
MARGARET HUSSEY

5/15/2015 2:12:56 PM

CATHY S. LUSK
Clerk

2015 MAY 13 AM 8:18

May 12, 2015

Ms. Jenica Turner
District Clerk, Wood County
P. O. Box 1707
Quitman, TX 75783
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            12-15-00028-CV
          Trial Court Case Number:   2014-550

**Style:**   Debbi Lofton
            v.
            Milton Soward

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Mr. Jeffrey L. Fletcher (DELIVERED VIA E-MAIL)
C Ms. Debbi Lofton
:

Mandate executed on __13__ day of ___May___, 2015.

Brief explanation of action taken: __Case dismissed__

__Jennifer M Oshua,__ _____ District/County Clerk

                                              Deputy Clerk

# THE STATE OF TEXAS
# MANDATE

*************************************************

**TO THE 402ND DISTRICT COURT OF WOOD COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 27th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

**DEBBI LOFTON, Appellant**

**NO. 12-15-00028-CV; Trial Court No. 2014-550**

By *per curiam* opinion.

**MILTON SOWARD, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 12th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk





## Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00028-CV

### Trial Court No. 2014-550

## Debbi Lofton

## Vs.

## Milton Soward

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Supreme Court chapter 51 fee | $50.00 | Dismissed, not paid |
| Required Texas.gov efiling fee | $20.00 | Dismissed, not paid |
| Filing | $100.00 | Dismissed, not paid |
| Indigent | $25.00 | Dismissed, not paid |
| **TOTAL:** | $195.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 12th day of May 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk